[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1379

 STEVEN S. CROOKER,

 Plaintiff, Appellant,

 v.

 JOHN MAGAW, ETC.,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Michael A. Ponsor, U.S. District Judge]

 

 Before

 Selya, Boudin and Stahl,
 Circuit Judges. 

 

Steven S. Crooker on brief pro se. 
Donald K. Stern, United States Attorney, and Karen L. Goodwin, 
Assistant United States Attorney, on brief for appellee.

 

 September 11, 1997
 

 Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We agree with the district court that

the agency ruling was neither arbitrary, capricious nor an

abuse of discretion nor do we think that the agency's action

rests on any misinterpretation of the pertinent statute. We

therefore affirm the judgment entered on March 7, 1997.

 Affirmed.  

 -2-